IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30892
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CRAIG TITUS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CR-60058-1
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Craig Titus has appealed the revocation of his supervised release and the sentence of imprisonment which he received consequently.  His sole appellate contention is that this sentence is illegal because 18 U.S.C. § 3583, the relevant statute, was repealed during the times when he violated a condition of his supervised release.  This contention is frivolous, being refuted by the statute books.  Accordingly, Titus's appeal is DISMISSED.  See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

APPEAL DISMISSED.